**James HALL, N.C. Clint Moser, Jr., Plaintiffs–Appellants,**

v.

**SECRETARY OF STATE, State of ALABAMA, Defendant– Appellee.**

**No. 13–15214**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Dec. 12, 2013.

David I. Schoen, David I. Schoen, Attorney at Law, Montgomery, AL, for Plaintiffs–Appellants.

---

James W. Davis, Misty Shawn Fairbanks Messick, John Cowles Neiman, Jr., Attorney General's Office, Montgomery, AL, for Defendant–Appellee.

Before TJOFLAT, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

We affirm the District Court's denial of appellants' motion for a preliminary injunction [1] on the grounds that the injury to the public from the issuance of an injunction would far outweigh any injury appellants might suffer.

AFFIRMED.

---

1. The District Court also denied appellants' motion for a temporary restraining order. That motion sought the same relief as the motion for a preliminary injunction; the two motions therefore merged.